Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUY JONES | ) CASE NO.  C11-02530 PSG |
| | ) |
| Plaintiff, | ) **STIPULATION AND** |
| | ) **ORDER EXTENDING THE TIME FOR** |
| vs. | ) **JOINT SITE INSPECTION** |
| | ) |
| SANTA CLARA UNIVERSITY; | ) |
| EARTHQUAKES SOCCER LLC and DOES | ) |
| 1010, Inclusive | ) |
| | ) |
| Defendant. | ) |

The parties hereby stipulate to the following:

In accordance with 42 U.S.C. § 12131 and United States District Court General Order No. 56(3), the parties and their counsel, accompanied by their experts if the parties so elect, shall meet in person to jointly inspect the subject premises, and shall review any programmatic or policy issues, which are claimed to violate the Americans with Disabilities Act, no later than 100 days after filing the Complaint;

Plaintiff filed his Complaint with this Court on May 24, 2011 and the deadline for both parties to jointly inspect the subject premises is September 1, 2011;

Because of difficulty with scheduling, the parties have agreed to extend the deadline to jointly inspect the subject premises to September 14, 2011.

-1-

Stipulation and [Proposed] Order Extending the Time for Joint Site Inspection

THEREFORE it is hereby stipulated that the deadline to jointly inspect the subject premises is continued to a mutually agreeable date to be selected by the parties as soon as possible.  IT IS SO STIPULATED.

Dated: 8/17/11

LAW OFFICES OF PAUL L. REIN

By: _____
PAUL L. REIN
Attorneys for Plaintiff
GUY JONES

Dated: 8/18/11

GORDON & REES LLP

By: _____
MARCIE S. ISOM
JENNIFER M. LYNCH
Attorneys for Defendant
SANTA CLARA UNIVERSITY

Dated: August 16, 2011

LOMBARDI, LOPER & CONANT

By: _____
MATTHEW CONANT
LIZA SIU MENDOZA
Attorneys for Defendant
EARTHQUAKES SOCCER LLC

## [PROPOSED] ORDER

Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that the parties shall conduct a joint site inspection on or before September 14, 2011.

Dated: August 19, 2011

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-2-

Stipulation and [Proposed] Order Extending the Time for Joint Site Inspection

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

SCU/1071007/10348007v.1