1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone: 510/832-5001
   Facsimile: 510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GUY JONES
7
   MICHAEL D. BRUNO (SBN: 166805)
8  MARCIE S. ISOM (SBN: 226906)
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA  94111
10 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
11
   Attorneys for Defendant
12 SANTA CLARA UNIVERSITY

13 MATTHEW CONANT (SBN: 94920)
   LOMBARDI, LOPER & CONANT
14 1999 Harrison St #2600
   Oakland, CA 94612-3541
15 Telephone: (510) 433-2600
   Facsimile: (510) 433-2699
16
   Attorneys for Defendant
17 EARTHQUAKES SOCCER, LLC

18                IN THE UNITED STATES DISTRICT COURT

19              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

20 GUY JONES,                          ) Case No. C11-2530 PSG
                                       ) Civil Rights
21              Plaintiff,             )
                                       ) **STIPULATED DISMISSAL**
22    vs.                              )
                                       )
23 SANTA CLARA UNIVERSITY;             )
   EARTHQUAKES SOCCER LLC and DOES     )
24 1010, Inclusive                     )
                                       )
25              Defendants.            )

26      IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, that the

27 above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal
28

-1-
STIPULATED DISMISSAL

| | |
|---|---|
| 1 | Rules of Civil Procedure and the Consent Decree. |
| 2 | IT IS SO STIPULATED. |
| 3 | |
| 4 | Dated: 7/27/12                    GORDON & REES LLP |
| 5 | |
| 6 |                                          By:_____ |
| 7 |                                          MARCIE ISOM
Attorney for Defendants |
| 8 |                                          SANTA CLARA UNIVERSITY |
| 9 | Dated: 7-27-12                  LOMBARDI, LOPER & CONANT |
| 10 | |
| 11 |                                          By:_____ |
| 12 |                                          MATTHEW CONANT
Attorney for Defendants |
| 13 |                                          EARTHQUAKES SOCCER, LLC |
| 14 | |
| 15 | Dated: _____      LAW OFFICES OF PAUL L. REIN |
| 16 | |
| 17 |                                          By:_____ |
| 18 |                                          CELIA MCGUINNESS
Attorney for Plaintiff |
| 19 |                                          GUY JONES |
| 20 | |
| 21 | IT IS SO ORDERED. |
| 22 | |
| 23 | Dated: July 31, 2012        _____
                                                   Honorable PAUL S. GREWAL |
| 24 |                                          United States District Magistrate Judge |

Rules of Civil Procedure and the Consent Decree.

IT IS SO STIPULATED.

Dated: _____  GORDON & REES LLP

By: _____
MARCIE ISOM
Attorney for Defendants
SANTA CLARA UNIVERSITY

Dated: _____  LOMBARDI, LOPER & CONANT

By: _____
MATTHEW CONANT
Attorney for Defendants
EARTHQUAKES SOCCER, LLC

Dated: 7-25-12  LAW OFFICES OF PAUL L. REIN

By: _____
CELIA MCGUINNESS
Attorney for Plaintiff
GUY JONES

IT IS SO ORDERED.

Dated: _____, 2012  _____
Honorable PAUL S. GREWAL
United States District Magistrate Judge

-2-
STIPULATED DISMISSAL