```
 1  PAUL L. REIN, Esq. (SBN 43053)
    CELIA McGUINNESS, Esq. (SBN 159420)
 2  CATHERINE M. CABALO, Esq. (SBN 248198)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Drive, Suite A
    Oakland, CA  94612
 4  Telephone: 510/832-5001
    Facsimile: 510/832-4787
 5  reinlawoffice@aol.com

 6  Attorneys for Plaintiff
    GUY JONES
 7
    MICHAEL D. BRUNO (SBN: 166805)
 8  MARCIE S. ISOM (SBN: 226906)
    GORDON & REES LLP
 9  275 Battery Street, Suite 2000
    San Francisco, CA  94111
10  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
11
    Attorneys for Defendant
12  SANTA CLARA UNIVERSITY

13  MATTHEW CONANT (SBN: 94920)
    LOMBARDI, LOPER & CONANT
14  1999 Harrison St #2600
    Oakland, CA 94612-3541
15  Telephone: (510) 433-2600
    Facsimile: (510) 433-2699
16
    Attorneys for Defendant
17  EARTHQUAKES SOCCER, LLC
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GUY JONES, | ) Case No. C11-2530 PSG |
|---|---|
| Plaintiff, | ) <u>Civil Rights</u> |
| vs. | ) **STIPULATED DISMISSAL** |
| SANTA CLARA UNIVERSITY; EARTHQUAKES SOCCER LLC and DOES 1010, Inclusive | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal

-1-
STIPULATED DISMISSAL

Rules of Civil Procedure and the Consent Decree.

IT IS SO STIPULATED.

Dated: 7/27/12                              GORDON & REES LLP

                                            By:_____
                                               MARCIE ISOM
                                            Attorney for Defendants
                                            SANTA CLARA UNIVERSITY

Dated: 7-27-12                              LOMBARDI, LOPER & CONANT

                                            By:_____
                                               MATTHEW CONANT
                                            Attorney for Defendants
                                            EARTHQUAKES SOCCER, LLC

Dated: _____                      LAW OFFICES OF PAUL L. REIN


                                            By:_____
                                               CELIA MCGUINNESS
                                            Attorney for Plaintiff
                                            GUY JONES

IT IS SO ORDERED.

Dated: July 31, 2012                        _____
                                            Honorable PAUL S. GREWAL
                                            United States District Magistrate Judge

Rules of Civil Procedure and the Consent Decree.

IT IS SO STIPULATED.

Dated: _____          GORDON & REES LLP


                                By:_____
                                   MARCIE ISOM
                                Attorney for Defendants
                                SANTA CLARA UNIVERSITY

Dated: _____          LOMBARDI, LOPER & CONANT


                                By:_____
                                   MATTHEW CONANT
                                Attorney for Defendants
                                EARTHQUAKES SOCCER, LLC

Dated: 7-25-12                  LAW OFFICES OF PAUL L. REIN


                                By:_____
                                   CELIA MCGUINNESS
                                Attorney for Plaintiff
                                GUY JONES

IT IS SO ORDERED.

Dated: _____, 2012    _____
                                   Honorable PAUL S. GREWAL
                                   United States District Magistrate Judge